# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**TRANSAMERICA LIFE INSURANCE COMPANY,**
      **Interpleader Plaintiff,**

   v.                                                  Case No. 13-CV-01360

**ZABORSKE, et al.,**
      **Defendants.**

## ORDER

On May 28, 2014, I ordered plaintiff to disburse the settlement funds pursuant to the parties' settlement agreement entered into on the record during a status conference. Plaintiff notified the court on June 2, 2014 that the funds had been disbursed.

**THEREFORE, IT IS ORDERED** that the case is dismissed with prejudice and without an award of fees or costs.

Dated at Milwaukee, Wisconsin, this 7th day of June, 2014.

                                                        s/ Lynn Adelman
                                                        _____
                                                        LYNN ADELMAN
                                                       District Judge